UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WATSON, | No. 2:21-cv-02081-KJM-EFB P |
| Petitioner, | |
| v. | ORDER |
| R. GODWIN, Warden, | |
| Respondent. | |

Petitioner is a state prisoner who initially proceeded pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. ECF No. 1. William Davis has filed a notice of appearance as petitioner's counsel and has requested a 30-day extension of time to file a reply to respondent's answer, which was filed on January 13, 2022 (ECF No. 11). ECF No. 12

The motion for extension of time is hereby GRANTED, and petitioner shall file his reply within 30 days of the date of this order.

So ordered.

Dated: February 22, 2022.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1