UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WATSON,<br><br>    Petitioner,<br><br>    v.<br><br>R. GODWIN, Warden,<br><br>    Respondent. | No. 2:21-cv-02081-KJM-EFB P<br><br><br>ORDER |

Petitioner is a state prisoner proceeding through counsel with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. ECF No. 1. He requests a second and 60-day extension of time to file a reply to respondent's answer, which was filed on January 13, 2022 (ECF No. 11).

The motion for extension of time (ECF No. 14) is hereby GRANTED, and petitioner shall file his reply within 60 days of the date of this order.

So ordered.

Dated: March 29, 2022.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE