UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WATSON, | No. 2:21-cv-02081-KJM-EFB (HC) |
| Petitioner, | |
| v. | ORDER |
| R. GODWIN, Warden, | |
| Respondent. | |

Petitioner is a state prisoner seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. ECF No. 1. He has filed a request for an extension of time and various copies of case filings, asserting that his counsel, William O. Davis of Redding, has died. ECF No. 16.

Petitioner initiated this case without counsel on November 8, 2021 (ECF No. 1), and respondent filed his answer on January 13, 2022 (ECF No. 11). Mr. Davis entered an appearance on petitioner's behalf on February 18, 2022, and the court provided petitioner with a 30-day extension of time to file a reply shortly thereafter. ECF Nos. 12, 13. The court granted a second extension of time for petitioner to file the reply, for 60 days, on March 29, 2022. ECF No. 15. The docket then remained inactive until December 15, 2022, when petitioner informed the court that he had learned in November 2022 that Mr. Davis had died from complications of COVID-19. ECF No. 16. Petitioner requests another extension of time and copies of all court filings in this case after January 13, 2022. *Id.*

Petitioner has not provided any documentation or other evidence confirming Mr. Davis's death, and the court could not independently confirm it; telephone calls to Mr. Davis's office number were directed to voicemail and his personal cell phone number has been disconnected, but his California State Bar profile remains active.

In light of these facts, the court will grant a brief extension of time to allow petitioner to file his reply or to provide some confirmation of Mr. Davis's death and seek additional time. Accordingly, it is hereby ORDERED that:

1. The Clerk of Court shall send petitioner a copy of the docket and of respondent's answer (ECF No. 11).

2. Petitioner shall have 30 days from the date of service of this order to file his reply to respondent's answer or to provide confirmation of Mr. Davis's death and seek additional time to file the reply.

Dated: December 21, 2022.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE