UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WATSON,<br><br>            Petitioner,<br><br>     v.<br><br>R. GODWIN,<br><br>            Respondent. | No.  2:21-cv-02081-DJC-EFB (HC)<br><br><br>ORDER |

Petitioner is a state prisoner seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. ECF No. 1.  Petitioner initiated this case without counsel on November 8, 2021 (ECF No. 1) and respondent filed his answer on January 13, 2022 (ECF No. 11).  Attorney William O. Davis entered an appearance on petitioner's behalf on February 17, 2022, and the court provided petitioner with a 30-day extension of time to file a reply.  ECF Nos. 12, 13.  The court granted a second extension for 60 days on March 29, 2022.  ECF No. 15.  The docket then remained inactive until December 5, 2022, when petitioner informed the court that he had learned Mr. Davis had died, and requested an extension of time and copies of all court filings in this case after January 13, 2022.  ECF No. 16.

/////

/////

/////

The court subsequently ordered petitioner to either file a reply or provide documentation confirming Mr. Davis's death and seek additional time to file a reply. ECF No. 17. Petitioner subsequently provided proof of counsel's death in the form of a copy of Mr. Davis's death certificate filed by petitioner's sister. ECF No. 18-1.

Petitioner did not, however, specifically request additional time to file a reply. ECF No. 18. Petitioner's earlier request asked for "an extension of time" to review his case and seek new counsel, but a specific extension time was not requested. ECF No. 16. Petitioner has also not updated the court on his attempts to seek new counsel, and no new counsel has entered an appearance.

In light of these facts, the court will grant a brief extension of time for petitioner to either file a reply, or to file a request for a specific and reasonable extension of time to do so. The request shall include the specific amount of time being requested. Accordingly, it is hereby ORDERED that:

1. The Clerk of Court shall send petitioner a copy of the documents lodged at ECF No. 19.[1]

2. Petitioner shall have 30 days from the date of service of this order to file his reply to respondent's answer or seek additional time.

3. If petitioner does not file either a reply or a request for an extension within the time permitted, the court will deem this matter submitted.

Dated: April 17, 2023.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] Respondent was required by court order (ECF No. 5) and statute to file the record of this matter along with his answer. Respondent did not file the record with his answer, but has recently done so, and those documents should be provided to petitioner. ECF Nos. 11, 19.